17 F.3d 1430
 Inmates of Allegheny County Jail, Bey (Thomas Price), Goslee
(Arthur), Maloney (Robert), Milligan (Calvin)
v.
Wecht (Cyril H.), President of Allegheny County Bd. of
Prison Inspectors, Foerster (Thomas), Hunt (William), Com'rs
for Allegheny County, Lucchino (Frank), Controller for
Allegheny County, Coon (Eugene), Sheriff for Allegheny
County, Tamilia (Patrick), O'Malley (Michael), Finkelhor
(Marion), Judges, Court of Common Pleas of Allegheny County,
Caliguiri (Richard), Mayor
 NO. 92-3434
 United States Court of Appeals,
Third Circuit.
 Dec 23, 1993
 Appeal From: W.D.Pa., 797
 F.Supp. 428
 
 1
 REVERSED.